IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NATIONAL ASSOCIATION FOR THE    )
ADVANCEMENT OF COLORED          )
PEOPLE by its OMAHA BRANCH,     )
et al.,                         )
                                )
            Plaintiffs,         )        8:06CV371
                                )
       v.                       )
                                )
DAVID HEINEMEN, in his          )        ORDER
official capacity as GOVERNOR   )
OF THE STATE OF NEBRASKA,       )
et al.,                         )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on defendants' motion for enlargement of time to file responsive pleading to plaintiffs' first amended complaint (Filing NO. 29).  The Court notes plaintiff has no objection.  Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until August 18, 2006, to respond to plaintiffs' first amended complaint.

DATED this 26th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court