IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NATIONAL ASSOCIATION FOR THE   )
ADVANCEMENT OF COLORED         )
PEOPLE by its OMAHA BRANCH,    )
et al.,                        )
                               )
            Plaintiffs,        )        8:06CV371
                               )
       v.                      )
                               )
DAVID HEINEMEN, in his         )        ORDER
official capacity as GOVERNOR  )
OF THE STATE OF NEBRASKA,      )
et al.,                        )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the stipulation (Filing No. 35) and motion for enlargement of time (Filing No. 36). The Court finds the enlargement should be granted. Accordingly,

IT IS ORDERED that the stipulation and motion for enlargement are granted. Plaintiffs shall have until September 15, 2006, to respond to defendants' motion to dismiss and motion to stay discovery.

DATED this 11th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court