```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

NATIONAL ASSOCIATION FOR THE   )
ADVANCEMENT OF COLORED         )
PEOPLE by its OMAHA BRANCH,    )
et al.,                        )
                               )
            Plaintiffs,        )         8:06CV371
                               )
        v.                     )
                               )
DAVID HEINEMEN, in his         )         ORDER
official capacity as GOVERNOR  )
OF THE STATE OF NEBRASKA,      )
et al.,                        )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendants' motion for enlargement of time (Filing No. 40). The Court finds the enlargement should be granted. Accordingly,

IT IS ORDERED that the motion for enlargement is granted. Defendants shall have until September 29, 2006, to file reply briefs in support of their motion to dismiss and motion to stay discovery.

DATED this 25th day of September, 2006.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                         LYLE E. STROM, Senior Judge
                         United States District Court