# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) | |
| Plaintiffs, | ) | 8:06CV371 |
| | ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| DAVID HEINEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the magistrate judge at the request of Senior Judge Strom. The records of the court show that on May 16, 2006, letters (Filings 4 & 10) were sent to the following attorneys from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Jacqueline A. Berrien
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
99 Hudson Street
Suite 1600
New York, NY 10013

Maree F. Sneed
HOGAN, HARTSON LAW FIRM -
  WASHINGTON
555 13th Street, NW
Suite 1300
Washington, DC 20004

Ms. Sneed has been admitted *pro hac vice* (Filing 14), but has not registered for the System. Ms. Berrien has neither obtained admission to practice in this district nor registered for the System.

**IT IS ORDERED** that, on or before **October 20, 2006,** the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED October 4, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**