IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NATIONAL ASSOCIATION FOR THE    )
ADVANCEMENT OF COLORED          )
PEOPLE by its OMAHA BRANCH,     )
et al.,                         )
                                )
             Plaintiffs,        )          8:06CV371
                                )
       v.                       )
                                )
DAVID HEINEMEN, in his          )          ORDER
official capacity as GOVERNOR   )
OF THE STATE OF NEBRASKA,       )
et al.,                         )
                                )
             Defendants.        )
_____)
```

This matter is before the Court on defendants' motion seeking a Court order staying this action until (1) the District Court of Douglas County has dissolved its injunction prohibiting the enforcement of Section 41, or (2) the Nebraska Supreme Court has ruled on the constitutionality of Section 41 of LB 1024 for enlargement of time (Filing No. 42). Plaintiffs have consented to the stay (Filing No. 47). Accordingly,

IT IS ORDERED that the motion seeking a stay of this action is granted. The parties shall file a joint status report

on or before February 2, 2007, and every three months thereafter, concerning the state court proceedings.

DATED this 19th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court