```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

NATIONAL ASSOCIATION FOR THE  )
ADVANCEMENT OF COLORED        )
PEOPLE by its OMAHA BRANCH,   )
et al.,                       )
                              )
              Plaintiffs,     )           8:06CV371
                              )
        v.                    )
                              )
DAVID HEINEMEN, in his        )            ORDER
official capacity as GOVERNOR )
OF THE STATE OF NEBRASKA,     )
et al.,                       )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 53). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 1st day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court